

**FILED**

MAY 0 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, **08 MJ 8397**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Joseph Junior LAPORTA (1) | Importation of a Controlled Substance (Felony) |
| Connie ZUNIGA (2) | |
| Defendants. | |

The undersigned complainant being duly sworn states:

That on or about May 5, 2008, within the Southern District of California, defendants Joseph Junior LAPORTA and Connie ZUNIGA did knowingly and intentionally import approximately 42.14 kilograms (90.50 pounds) of marijuana a Schedule I Controlled Substance into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 & 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH DAY OF MAY 2008.

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Joseph Junior LAPORTA (1)
Connie ZUNIGA (2)

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Frank Gonzalez.

On May 8, 2008, at approximately 0844 hours, Joseph Junior LAPORTA III and Connie ZUNIGA entered the United States at the Calexico West, California, Port of Entry.   LAPORTA was the driver and registered owner of a 2001 Honda Odyssey. LAPORTA was accompanied by his wife, Connie ZUNIGA.

Customs & Border Protection  (CBP) Officer Garcia was conducting pre-primary operations when CBP Officer Barela informed him his assigned Narcotic Detector Dog (NDD) alerted to the 2001 Honda Odyssey.  CBP Officer Garcia approached LAPORTA presented a valid California driver's license. LAPORTA gave CBP Officer Garcia a negative Customs declaration stating he was only bringing tamales. CBP Officer Garcia asked LAPORTA what was the purpose of his trip to Mexico.  LAPORTA stated they were visiting ZUNIGA's relatives.  LAPORTA added he was on his way to work as a real estate agent. LAPORTA, ZUNIGA and the vehicle were escorted to vehicle secondary for further inspection.

Once in vehicle secondary, CBP Officer Garcia conducted an intensive inspection of the vehicle revealing a non-factory compartment in the rear area of the floor of the vehicle. The vehicle was then screened by the x-ray van, which revealed anomalies in the rear area of the van. CBP Officer Garcia pried open the access plate to the non-factory compartment and large plastic wrapped bundles were visible. A total of 21 packages were removed from the compartment. One package was probed and the green leafy substance field-tested positive for the presence of marijuana a Schedule I Controlled Substance.  The 21 packages had a combined net weight of approximately 42.14 kilograms (90.50 pounds).

LAPORTA was placed under arrest and advised of his Constitutional Rights, which he acknowledged but denied knowledge of the marijuana concealed within the vehicle. LAPORTA stated he bought the vehicle approximately one week and a half ago and paid $8,000.00 for the vehicle. LAPORTA stated that he was going to drop off ZUNIGA at her aunt's house in El Centro, California and then going to Indio, California to show houses.

ZUNIGA was placed under arrest and advised of her Constitutional Rights, which she acknowledged but denied knowledge of the marijuana concealed in the vehicle. ZUNIGA stated that LAPORTA purchased the vehicle approximately three weeks ago and paid $6,000.00. ZUNIGA stated they were headed to Los Angeles to pick up business magnets for her husbands real estate business.