# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08mj8397
             vs.              )   ABSTRACT OF ORDER
                              )   Booking No. 06283298
Connie Zuniga                 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 5-15-08
the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 20,000 p/s bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for ____ years.

___ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

___ dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

___ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.  Clerk
by E. Flores
         Deputy Clerk

Received _____
       DUSM

Crim-9   (Rev 6-95)                          ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY